# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿July 10, 2015＿＿＿＿＿

*The Court of Appeals hereby passes the following order:*

## A15A2055.  MICHAEL A. WILLIAMS v. THE STATE.

Michael A. Williams was convicted of armed robbery and other crimes.  We affirmed his convictions on appeal in an unpublished opinion. *Williams v. State*, Case No. A10A2348, decided January 23, 2002.  Williams later filed an extraordinary motion for new trial based on alleged newly discovered evidence.[1]  By order entered November 26, 2014, the trial court denied the motion.  Williams subsequently filed two motions for reconsideration, both of which the court denied.[2]  On May 18, 2015, Williams filed a notice of appeal to this Court.  We lack jurisdiction for two reasons.

First, an order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Williams's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider this direct appeal.

Second, even if Williams had a right of direct appeal here, this appeal is untimely.  A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a).  A trial court's denial of a motion for reconsideration is

---

[1] Although styled as an "Extraordinary Motion to Enter Viable Evidence on Newly Discovered Evidence," in actuality the motion was an extraordinary motion for new trial, and both the trial court and Williams treated it as such.

[2] These motions were styled, respectively, as "Motion for Reconsideration for Extraordinary New Trial" and "Motion for Justification to Specify Denial of Motion for Reconsideration for Extraordinary Motion for a New Trial."

not subject to direct appeal, and the filing of such a motion does not extend the time for appealing the underlying judgment – here, the denial of the extraordinary motion for new trial.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Williams's notice of appeal, filed nearly six months after entry of that underlying judgment, was not timely.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*____07/10/2015____
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*